AO 247 (Rev. 11/11:CASD 05/15) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 1

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| United States of America | )  |
|---|---|
| v. | ) |
| Jose Salmeron | ) Case No: 22-cr-2670-JO |
|  | ) USM No: 06808-506 |
| Date of Original Judgment: 04/21/2023 | ) |
| Date of Previous Amended Judgment: | ) Jory A. Burks, Federal Defenders of San Diego, Inc. |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

The Defendant received a sentence of 20 months which is the below the amended Guideline range after applying a two-level downward adjustment under Amendment 821. Accordingly, the Court DENIES the Defendant's motion to reduce the sentence because the current version of USSG § 1B1.10(b)(2) "prohibits a court from reducing a defendant's sentence to a term that is less than the minimum of the amended guidelines range, except in the case of a defendant who originally received a below-guidelines sentence based on substantial assistance to the government." *United States v. Davis*, 739 F.3d 1222, 1224 (9th Cir. 2014).

Except as otherwise provided, all provisions of the judgment dated   4/21/2023   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 5/29/2024

*Judge's signature*

Effective Date: _____    Honorable Jinsook Ohta, United States District Judge
*(if different from order date)*    *Printed name and title*